

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00618-CV

Dina P. **CISNEROS-BONNETTE,**
Appellant

v.

Emcel P. **BONNETTE,** Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11830
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The reporters' records in this appeal were originally due on October 11, 2017. Ms. Mary Helen Vargas, one of the three court reporters in this case, filed her portion of the record on November 16, 2017. Ms. Letitia Moncivais, the second court reporter, filed a Notification of Late Record stating the reporter's record had not been filed because appellant failed to pay or make arrangements to pay the reporter's fee. Shortly thereafter, Ms. Moncivais filed a letter stating she had been paid, and she filed her portion of the record. Therefore, Ms. Moncivais's request for additional time is moot.

On November 27, 2017, appellant filed proof of payment to the third court reporter, Ms. Kayleen Rivera. Ms. Rivera is hereby ORDERED to file her portion of the reporter's record <u>no later than December 29, 2017</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court